**IMPORTANT NOTICE TO PRISONER:** RETURN THIS FORM TO THE
CLERK'S OFFICE ALONG WITH YOUR COMPLAINT AND SIGN EITHER
PART 1 OR PART 2

(Complete only one section of this Form)

# FILED

JAN 2 8 2008

MICHAEL SHERRED )

Plaintiff(s) )

)

vs. )

Case No. _07 - 350 ERIE_

CLERK ... COURT

... DIST ...

DONALD KELCHNER, ETAL )

RESPONDENTS )

Defendant(s) )

## PART 1: CONSENT TO JURISDICTION BY
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I
voluntarily consent to have a United States Magistrate Judge conduct any and all further
proceedings in the case, including trial and entry of a final judgment, with direct review by the
United States Court of Appeals for the Third Circuit if an appeal is filed.

Date:_____

Signature _____

Print Name: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## PART 2: DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the
availability of a United States Magistrate Judge but I elect to have this case randomly assigned to
a United States District Judge.

Date: _1/17/08_

_Michael Sherred_

Print Name: _MICHAEL SHERRED_

Name: *Michael Shereeo*

Number: *Fw9835*

Camp Hill, Pennsylvania 17001 - 0200

P.O. Box 200

RECEIVED

JAN 2 8 2008

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

16501811155 0021

**Dept of Corrections**
**Inmate Mail**

Susan Paradise Baxter
Chief United States Magistrate Judge
United States District Court
Western District of Pennsylvania
17 South Park Row, Room A-280
Erie, Pa. 16501

UNITED STATES POSTAGE
$ 00.410
MAILED FROM ZIP CODE